AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

05  704

Civil Action No. _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

___9/27/05___                ___Barbara H. Stratton, Esq.___
(Date forms issued)          (Signature of Party or their Representative)

                             ___Barbara H. Stratton___
                             (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action