# UNITED STATES DISTRICT COURT

District of _____Delaware_____

JANE CZARNECKI

   Plaintiff,

          V.

SMITH VOLKSWAGON, LTD.
A Delaware Corporation

   Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   05  704

TO: (Name and address of Defendant)

Smith Volkswagon, Ltd.
4304 Kirkwood Highway
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barbara H. Stratton, Esquire
Knepper & Stratton
1228 King Street
P.O. Box 1795
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                     9/27/05

CLERK   *[signature]*                     DATE

(By) DEPUTY CLERK

RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 10/06/05 |
|---|---|
| NAME OF SERVER (PRINT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED :SMITH VOLKSWAGON, LTD AT 4303 KIRKWOOD HWY. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY TARA HORWITZ

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/06/05
           Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.