IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI, | : | |
| | : | C.A. NO.:     05-704 |
| Plaintiff, | : | |
| | : | DEMAND FOR JURY TRIAL |
| v. | : | |
| | : | |
| SMITH VOLKSWAGEN, LTD. a Delaware corporation, | : | |
| | : | |
| | : | |
| Defendant. | : | |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of DAVID G. CULLEY, ESQUIRE as attorney for the defendant, SMITH VOLKSWAGEN, LTD.  The defendant hereby does not waive any affirmative defenses including, but not limited to, any defenses as to service or the statute of limitations.

TYBOUT, REDFEARN & PELL

/s/ David G. Culley

**DAVID G. CULLEY, ESQUIRE - I.D.  No. 2141**
300 Delaware Avenue
P. O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail address: dculley@trplaw.com
*Attorneys for Defendant*

DATED:     October 14, 2005