IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE CZARNECKI, <br><br>  Plaintiff, <br><br> v. <br><br> SMITH VOLKSWAGEN, LTD. <br> a Delaware Corporation <br><br>  Defendant. | ) <br> ) <br> ) <br> ) <br> ) **C.A. No.: 05-704 (GMS)** <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

The parties, through their respective counsel, hereby provide information ordered by the Court in contemplation of a Scheduling Conference in the above-captioned matter on December 19, 2005.

1. **Jurisdiction and Service.** The parties agree that this Court has subject matter jurisdiction and that all parties are subject to the Court's jurisdiction. No parties remain to be served.

2. **Substance of the Action.** This is a Sexual Harassment, Sex Discrimination and Retaliation case under Title VII. The substance of the action is outlined in Plaintiff's Complaint.

3. **Identification of Issues.** The parties refer the Court to their respective positions contained in the Complaint and Answer. The case involves factual issues as to whether or not sexual harassment occurred, what Defendant's response, if any, was to the alleged harassment, and the facts regarding Plaintiff's termination. At this time, the parties are not aware of any specific legal issues other than the application of the facts to controlling law.

4. **Narrowing of Issues**. The parties do not anticipate dispositive motions.

5. **Relief.** Plaintiff seeks compensatory damages, including pain and suffering type

damages, economic loss (including back pay and front pay), punitive damages and Attorney's fees. Plaintiff's Counsel is awaiting information from Plaintiff regarding her 2005 earnings in order to compute the economic loss component of her damages and, therefore, is not currently in a position to state the dollar amount of relief sought. Plaintiff intends to have more information for the Court by the time of the Scheduling Conference.

6. **Amendment of Pleadings.** None are contemplated at this time.

7. **Joinder of Parties.** None anticipated.

8. **Discovery.** The parties anticipate that it will take approximately 12 months to complete discovery. The parties anticipate written discovery followed by depositions. There are a large number of witnesses to be deposed, including principals and eyewitnesses. Unfortunately, Counsel has not identified a less costly alternative for performing discovery other than through traditional deposition methods.

9. **Estimated Trial Length.** Due to the large number of witnesses, the parties anticipate a five day trial. The specific length of trial will be easier to ascertain after discovery is completed.

10. **Jury Trial.** Yes.

11. **Settlement.** Unsuccessful Mediation was held at the Delaware Department of Labor. At that time, Defendant was represented by different Counsel. However, both parties are agreeable to attempting mediation again. Counsel intend to engage in informal settlement discussions as soon as Plaintiff makes a demand for settlement.

12. **Other Matters.** None.

13. Counsel for the parties have conferred about each of the above matters.

| KNEPPER & STRATTON | TYBOUT, REDFEARN & PELL |
|---|---|
| /s/ Barbara H. Stratton | /s/ David G. Culley |
| Bar ID No. 2785 | Bar ID No. 2141 |
| 1228 N. King Street | 300 Delaware Avenue |
| P.O. Box 1795 | Suite 1100 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 652-7717 | (302) 658-6901 |
| Attorney for Plaintiff | Attorney for Defendant |
| Date: December 12, 2005 | Date: December 12, 2005 |