## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE CZARNECKI, | : |
| | :   C.A. NO.: 05-704 |
| Plaintiff, | : |
| | :   DEMAND FOR JURY TRIAL |
| v. | : |
| | : |
| SMITH VOLKSWAGEN, LTD., | : |
| A Delaware Corporation, | : |
| | : |
| Defendant. | : |

### NOTICE OF SERVICE

The undersigned counsel does hereby certify that on December 29, 2005 copies of the Defendant's Interrogatories Directed to the Plaintiff and Defendant's Request for Production Directed to the Plaintiff were electronically filed with the Court requesting electronic service upon:

Barbara H. Stratton, Esquire
1228 King Street
P.O. Box 1795
Wilmington, DE 19899

TYBOUT, REDFEARN & PELL

/s/ David G. Culley
_____
**DAVID G. CULLEY, ESQUIRE**
**TIMOTHY S. MARTIN, ESQUIRE**
Delaware Bar I.D. 2141
300 Delaware Avenue
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address: dculley@trplaw.com
Attorneys for Defendant

DATED:       December 29, 2005