IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE CZARNECKI, | : |
| | : C.A. NO.: 05-704 |
| Plaintiff, | : |
| | : DEMAND FOR JURY TRIAL |
| v. | : |
| | : |
| SMITH VOLKSWAGEN, LTD., | : |
| A Delaware Corporation, | : |
| | : |
| Defendant. | : |

## DEFENDANT' REQUEST FOR PRODUCTION DIRECTED TO THE PLAINTIFF

The defendant requests the plaintiff to produce for examination and copying at the office of the attorney for the defendant, on or before thirty (30) days from the date of receipt of this request, the following items:

1.  All hospital records, doctors' summaries and reports, reports concerning any physical tests performed on or concerning the injured plaintiff, and any other matter in writing prepared by or on behalf of any person trained in the healing arts concerning the injured plaintiff's past, present, or future physical condition, insofar as such matters in writing may be in the possession, custody or control of the plaintiff or available to the plaintiff, plaintiff's insurer, or plaintiff's attorney upon request by him to any doctor, hospital or other person.

2.  Copies of all statements, bills or cancelled checks showing the amount charged for services rendered to the injured plaintiff, or items sold to the plaintiff in connection with the care of your alleged injuries.

3. Copies of all photographs, sketches, diagrams or other drawings taken by, or prepared by you, or on your behalf, or in your possession, or available to you, concerning any aspect of the litigation.

4. Copies of your income tax returns and W2 statements for the five years preceding the incident giving rise to this action and up to the present.

5. Copies of all statements or summaries of interviews taken of any person with respect to any issue in the case, including, but not limited to, the plaintiff or his agents and the defendant or the defendant's agents.

6. Copies of all reports of investigation, findings of fact, observation of facts or circumstances or any other matter relating to any aspect of the litigation.

7. Any reports by any person qualifying as an expert containing opinions and/or facts on which opinions are based concerning any aspect of the litigation.

8. Insofar as any insurer, including, but not limited to workmens' compensation insurers or disability insurers, may have reports, records or the like, which are available to the plaintiff upon request, then copies of such reports and records.

9. Any relevant documents available to you and relied upon or mentioned in your responses to discovery.

10. Any documents, records, matters in writing or physical things or objects which you intend to introduce or use at the trial of this action.

11. Copies of current curriculum vitae or professional resume for each expert whom you expect to have testify at the trial of this matter.

12. Copy of any itemized billing statements or invoices or other matters in writing concerning attorneys' fees which you seek to recover in this action.

13. Copies of any correspondence, memoranda, E-mails, notes, records, documents, or other matters in writing which concern any aspect of this ligation.

14. Copies of personnel or employment records or documents concerning any aspect of your employment with the defendant notwithstanding any claim that the defendant may already have possession of same.

15. Copies of documents, records, or other matters in writing which concern or support any claim you are making for lost income, past or future, front pay, back pay, or lost benefits.

16. Copies of any documents, records or other matters in writing which concern any item of special damages, out-of-pocket expenses, medical expenses or other incidental damages which you are seeking to recover in this action.

17. Copies of documents, records, correspondence, applications, notes or logs, other matters in writing which concern any job search efforts since April 20, 2004.

18. Copies of any diaries or diary entries which you have prepared or maintained concerning any aspect of this litigation.

19. Copies of any training or educational materials or other documents concerning any training or education you have received in connection with the automotive industry.

20. Copies of your high school and college grade transcripts.

**TYBOUT, REDFEARN & PELL**

_/s/ David G. Culley_
**DAVID G. CULLEY, ESQUIRE**
Delaware Bar I.D. 2141
300 Delaware Avenue
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address: dculley@trplaw.com
Attorneys for Defendant

DATED: December 28, 2005