## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI | ) | C.A. No.: 05-704 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| SMITH VOLKSWAGEN, LTD. | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff requests that Defendant produce for examination and copying at the office of Knepper & Stratton, 1228 King Street, Wilmington, Delaware, on or before thirty (30) days from the date of receipt of this request, the documents designated below:

1. Complete personnel file of Jane Czarnecki, including, but not limited to, copies of all performance reviews related to Jane Czarnecki.

2. Complete personnel file of Ken Johnson, including, but not limited to, copies of all performance reviews relating to Ken Johnson

3. Complete personnel file of Thomas Hicklin, including, but not limited to, copies of all performance reviews relating to Thomas Hicklin.

4. Complete personnel file of Tim Austin, including, but not limited to, copies of all performance reviews relating to Tim Austin.

5. Complete personnel file of Douglas Copley, including, but not limited to, copies of all performance reviews relating to Douglas Copley.

6. All documents which Defendant claims support its allegation that Jane Czarnecki's employment was terminated for performance reasons.

7. All work orders prepared by Thomas Hicklin from January, 2002 to April 30, 2004.

8. All work orders prepared by Ken Johnson from January, 2002 to April 30, 2004.

9. Service Advisor Recap Reports for each month in 2002.

10. Service Advisor Recap Reports for each month in 2003.

11. Service Advisor Recap Reports for each month in 2004.

12. Service Improvement Opportunities for Thomas Hicklin for each month in 2002, 2003, 2004.

13. Service Improvement Opportunities for Ken Johnson for each month in 2002, 2003, 2004.

14. Service Improvement Opportunities for Jane Czarnecki for each month that she was employed at Smith Volkswagon.

15. Service Advisor Reports for each month 2002.

16. Service Advisor Reports for all months in 2003.

17. Service Advisor Reports for all months in 2004.

18. All Volkswagon Service Detail Reports relating to Jane Czarnecki from 1/02-12/04.

19. All Volkswagon Service Detail Reports relating to Tom Hicklin from 1/02-12/04.

20. All Volkswagon Service Detail Reports relating to Ken Johnson from 1/02-12/04.

21. Copies of any training materials relating to sexual harassment provided to any of

Defendant's employees prior to March, 2004.

    22.    Copies of any sexual harassment policy in existence prior to March, 2004.

    23.    Copies of any posters relating to sexual harassment posted in Defendant's work place prior to March, 2004.

    24.    Summary Plan Description for any employment benefits plan applicable to Jane Czarnecki while she was employed by Defendant.

                                **KNEPPER & STRATTON**

Dated: January 6, 2006                /s/ Barbara H. Stratton
                                            BARBARA H. STRATTON, ESQ.
                                            1228 King Street
                                            P.O. Box 1795
                                            Wilmington, Delaware 19899
                                            (302) 652-7717
                                            DE I.D. #: 2785

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI | ) | C.A. No.: 05-704 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| SMITH VOLKSWAGEN, LTD. | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Barbara H. Stratton, Esquire, do hereby certify that a true and correct copy of the attached Plaintiff's Request for Production of Documents was served via Electronic Filing on this 6th day of January, 2006 upon the following counsel of record:

David G. Culley, Esquire
Tybout, Redfearn & Pell
300 Delaware Ave
Suite 1100
Wilmington, DE 19801

**KNEPPER & STRATTON**

Dated: January 6, 2006

/s/ Barbara H. Stratton
BARBARA H. STRATTON, ESQ.
1228 King Street
P.O. Box 1795
Wilmington, Delaware 19899
(302) 652-7717
DE I.D. #: 2785