**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JANE CZARNECKI | ) | C.A. No.: 05-704 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| SMITH VOLKSWAGEN, LTD. | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S REQUEST FOR ADMISSIONS DIRECTED TO DEFENDANT**

Pursuant to Federal Rule of Procedure 36, Plaintiff requests that Defendant admit or deny the following within 30 days.  If objection is made, the reasons therefore shall be stated.  The answer shall specifically deny the matter or set forth in detail the reasons why the Defendant cannot truthfully admit or deny the matter.

1.      Defendant Smith Volkswagen did not have a sexual harassment policy until March 5, 2004.

ANSWER:

2.       Prior to March 5, 2004, no sexual harassment training was provided to any of Defendant Smith Volkswagen's employees.

ANSWER:

3.       There were no sexual harassment posters posted on site anywhere in an employee viewing area at any point during Jane Czarnecki's employment with Defendant Smith Volkswagen.

ANSWER:

4.       Shop Foreman Ronald Sharp was a management employee during the period of time that Jane Czarnecki was employed by Defendant.

ANSWER:

5.     While Philip Mallet-Prevost was Plaintiff's Direct Supervisor, he was one of Defendant's management employees.

ANSWER:

6.     While Joseph DuPre was Plaintiff's Direct Supervisor, he was one of Defendant's management employees.

ANSWER:

7.     At all times during Plaintiff's employment with Defendant, General Manager, Pat Smith, was one of Defendant's management employees.

ANSWER:

**KNEPPER & STRATTON**

Dated:  January 6, 2006                         /s/ Barbara H. Stratton
                                                BARBARA H. STRATTON, ESQ.
                                                1228 King Street
                                                P.O. Box 1795
                                                Wilmington, Delaware 19899
                                                (302) 652-7717
                                                DE I.D. #:  2785

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JANE CZARNECKI | ) | C.A. No.: 05-704 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| SMITH VOLKSWAGEN, LTD. | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Barbara H. Stratton, Esquire, do hereby certify that a true and correct copy of the attached

Request for Admissions Directed to Defendant was served via Electronic Filing on this 6th day of January,

2006 upon the following counsel of record:

David G. Culley, Esquire
Tybout, Redfearn & Pell
300 Delaware Ave
Suite 1100
Wilmington, DE 19801

**KNEPPER & STRATTON**

Dated:  January 6, 2006

/s/ Barbara H. Stratton
BARBARA H. STRATTON, ESQ.
1228 King Street
P.O. Box 1795

Wilmington, Delaware 19899
(302) 652-7717
DE I.D. #:  2785