IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE CZARNECKI ) | C.A. No.: 05-704 (GMS) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | JURY TRIAL DEMANDED |
| SMITH VOLKSWAGEN, LTD. ) | |
| a Delaware Corporation ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I, Barbara H. Stratton, Esquire, do hereby certify that a true and correct copy of Plaintiff's Rule 26(a) Initial Disclosures was served via U. S. Mail on this 10th day of January, 2006 upon the following counsel of record:

David G. Culley, Esquire
Tybout, Redfearn & Pell
300 Delaware Ave
Suite 1100
Wilmington, DE 19801

**KNEPPER & STRATTON**

Dated: January 10, 2006

Barbara H. Stratton, Esquire
1228 King Street
P.O. Box 1795
Wilmington, Delaware 19899
(302) 652-7717
Delaware Bar I.D. #: 2785
bhsbank@knepperstratton.com
Attorney for Plaintiff