IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE CZARNECKI,<br><br>              Plaintiff,<br><br>v.<br><br>SMITH VOLKSWAGEN, LTD.,<br>A Delaware Corporation,<br><br>              Defendant. | C.A. NO.: 05-704<br><br>DEMAND FOR JURY TRIAL |

## DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

1. Given the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

Tom Smith
Patrick Smith
c/o Smith Volkswagen Ltd.
4304 Kirkwood Highway
Wilmington, DE 19808
(302) 998-0131

Jeff Smith
c/o Smith Volkswagen Ltd.
4304 Kirkwood Highway
Wilmington, DE 19808
(302) 998-0131

Kenneth Johnson
c/o Smith Volkswagen Ltd.
4304 Kirkwood Highway
Wilmington, DE 19808
(302) 998-0131

Penny Cox
c/o Smith Volkswagen Ltd.
4304 Kirkwood Highway
Wilmington, DE 19808
(302) 998-0131

Josh Lovett
c/o Smith Volkswagen Ltd.
4304 Kirkwood Highway
Wilmington, DE 19808
(302) 998-0131

John Mahoney
c/o Smith Volkswagen Ltd.
4304 Kirkwood Highway
Wilmington, DE 19808
(302) 998-0131

Glenn Taylor
c/o Smith Volkswagen Ltd.
4304 Kirkwood Highway
Wilmington, DE 19808
(302) 998-0131

Thomas Hicklin
264 Witherspoon Lane
Newark, DE 19713
(302) 983-9570

Ronald Sharp
2812 Duncan Road
Wilmington, DE 19808
(302) 995-1319

Phillip Mallet-Prevost
1005 Mayflower Drive
Newark, DE 19711
(302) 737-0848

or

1114 Capital Trail
Newark, DE 19711
(302) 738-2441

Timothy Austin
14 Archer Circle
Newark, DE 19702
(302) 838-7277

Joseph DuPree
Doug Hobart
Douglas Copely

    Tom Smith and Patrick Smith have knowledge of the defendant's anti-harassment policy. In addition, Patrick Smith has knowledge of the circumstances leading to the plaintiff's termination. Kenneth Johnson and Thomas Hicklin have knowledge of the work of a Service Advisor and the plaintiff's work performance. Mssr. Jeff Smith, Joseph DuPree, Ronald Sharp, Timothy Austin, Josh Lovett, John Mahoney, Glenn Taylor, Penny Cox, and Doug Hobart have knowledge of the plaintiff's work performance. In addition, Jeff Smith has knowledge of fact relating to the plaintiff's confrontation with Timothy Austin. Mr. Austin also has knowledge of facts related to the latter incident. It is the defendant's belief that Mr. Mallet-Prevost has knowledge of the plaintiff's work performance.

2.    Identify a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and at that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

Produced contemporaneously with these Initial Disclosures are the following materials: Service Advisor Procedure Update; Anti-Harassment Policy dated July 1, 2000; Anti-Harassment Policy dated March 5, 2004; Letter to plaintiff dated April 5, 2004; Letter to plaintiff dated April 20, 2004; Handwritten statement of plaintiff dated March 31, 2004; Handwritten statement of Jeff Smith dated March 31, 2004; Volkswagen Service Detail Reports for plaintiff, Thomas Hicklin, Ken Johnson, and Dave Giordano; Service Improvement Opportunity Reports for plaintiff; Personnel File of Jane Czarnecki; Personnel File of Timothy Austin; Personnel File of Thomas Hicklin; and Charge of Discrimination.

3.    Give a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary materials, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extend of the injuries suffered.

Not applicable to the defendant.

4. Identify for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

The applicable insurance policy was issued by Universal Underwriters Insurance Company under Policy No. 9193219 with coverage limits of $ 300,000 primary and $ 5 million in umbrella coverage, subject to Endorsement No. 89 which renders the umbrella coverage subject to the primary coverage. A copy of the applicable insurance policy will be produce immediately upon receipt.

**TYBOUT, REDFEARN & PELL**

/s/ *David G. Culley*

---

**DAVID G. CULLEY, ESQUIRE**
Delaware Bar I.D. 2141
300 Delaware Avenue
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address: dculley@trplaw.com
Attorneys for Defendants

DATED: January 12, 2006