IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE CZARNECKI,<br><br>            Plaintiff,<br><br>v.<br><br>SMITH VOLKSWAGEN, LTD.,<br>A Delaware Corporation,<br><br>            Defendant. | C.A. NO.: 05-704<br><br>DEMAND FOR JURY TRIAL |

### NOTICE OF SERVICE

The undersigned counsel does hereby certify that on January 13, 2006 copies of the Defendant's Initial Disclosure Pursuant to Federal Rule of Civil Procedure 26(a)(1) were electronically filed with the Court requesting electronic service upon:

Barbara H. Stratton, Esquire
1228 King Street
P.O. Box 1795
Wilmington, DE 19899

                                      TYBOUT, REDFEARN & PELL

                                      /s/ *David G. Culley*
                                      _____
                                      **DAVID G. CULLEY, ESQUIRE**
                                      Delaware Bar I.D. 2141
                                      300 Delaware Avenue
                                      P.O. Box 2092
                                      Wilmington, DE 19899
                                      (302) 658-6901
                                      E-mail Address: dculley@trplaw.com
                                      Attorneys for Defendant

DATED:      January 13, 2006