IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE CZARNECKI, | : |
| | : C.A. NO.: 05-704 |
| Plaintiff, | : |
| | : DEMAND FOR JURY TRIAL |
| v. | : |
| | : |
| SMITH VOLKSWAGEN, LTD., | : |
| A Delaware Corporation, | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

The undersigned counsel does hereby certify that on January 27, 2006 copies of the Defendant's Response to Plaintiff's Request for Admissions were electronically filed with the Court requesting electronic service upon:

Barbara H. Stratton, Esquire
1228 King Street
P.O. Box 1795
Wilmington, DE 19899

TYBOUT, REDFEARN & PELL

/s/ *David G. Culley*

_____
**DAVID G. CULLEY, ESQUIRE**
Delaware Bar I.D. 2141
300 Delaware Avenue
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address: dculley@trplaw.com
Attorneys for Defendant

DATED:    January 27, 2006