IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE CZARNECKI, | : |
| | : C.A. NO.: 05-704 |
| Plaintiff, | : |
| | : DEMAND FOR JURY TRIAL |
| v. | : |
| | : |
| SMITH VOLKSWAGEN, LTD., | : |
| A Delaware Corporation, | : |
| | : |
| Defendant. | : |

### NOTICE OF SERVICE

The undersigned counsel does hereby certify that on February 2, 2006 copies of the Notice of Service of Defendant's Responses to Plaintiff's Request for Production of Documents were electronically filed with the Court requesting electronic service upon:

Barbara H. Stratton, Esquire
1228 King Street
P.O. Box 1795
Wilmington, DE 19899

                                        TYBOUT, REDFEARN & PELL

                                        /s/ *David G. Culley*

                                        **DAVID G. CULLEY, ESQUIRE**
                                        **TIMOTHY S. MARTIN, ESQUIRE**
                                        Delaware Bar I.D. 2141
                                        300 Delaware Avenue
                                        P.O. Box 2092
                                        Wilmington, DE 19899
                                        (302) 658-6901
                                        E-mail Address: dculley@trplaw.com
                                        Attorneys for Defendant

DATED:     February 2, 2006