IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI | ) | C.A. No.: 05-704 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| SMITH VOLKSWAGEN, LTD. | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, Esquire, do hereby certify that a true and correct copy of Plaintiff's Answers to Defendant's Interrogatories and Plaintiff's Responses to Defendant's Request for Production of Documents were served via U. S. Mail on this 10th day of February, 2006 upon the following counsel of record:

David G. Culley, Esquire
Tybout, Redfearn & Pell
300 Delaware Ave
Suite 1100
Wilmington, DE 19801

KNEPPER & STRATTON

Dated: February 10, 2006

Barbara H. Stratton, Esquire
1228 King Street
P.O. Box 1795
Wilmington, Delaware 19899
(302) 652-7717
Delaware Bar I.D. #: 2785
bhsbank@knepperstratton.com
Attorney for Plaintiff