## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JANE CZARNECKI          )     C.A. No.: 05-704 (GMS)
                             )
      Plaintiff,         )
                             )
v.                         )
                             )
                             )     JURY TRIAL DEMANDED
SMITH VOLKSWAGEN, LTD.   )
  a Delaware Corporation    )
                             )
      Defendant.       )

### PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff requests that Defendant produce for examination and copying at the office of Knepper & Stratton, 1228 King Street, Wilmington, Delaware, on or before thirty (30) days from the date of receipt of this request, the documents designated below:

25.     Copies of any and all writings in your possession or available to you identified or referred to in any way in Defendant's Answers to Plaintiff's Interrogatories.

**RESPONSE**:

26.     To the extent not previously produced, provide a job description for each and every position Plaintiff held with Defendant.

**RESPONSE**:

1

27.     To the extent not previously produced, provide an organizational chart for Defendant from October 1, 2003 through April 30, 2004.

**RESPONSE**:

**KNEPPER & STRATTON**

Dated: February 16, 2006

*Barbara H. Stratton*
BARBARA H. STRATTON, ESQ.
1228 King Street
P.O. Box 1795
Wilmington, Delaware 19899
(302) 652-7717
DE I.D. #:  2785

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JANE CZARNECKI                          )       C.A. No.: 05-704 (GMS)
                                        )
    Plaintiff,                          )
                                        )
v.                                      )
                                        )
                                        )       JURY TRIAL DEMANDED
SMITH VOLKSWAGEN, LTD.                  )
  a Delaware Corporation               )
                                        )
    Defendant.                          )

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, Esquire, do hereby certify that a true and correct copy of Plaintiff's

Second Request for Production of Documents was served via Electronic Filing and U.S. Mail,

Postage Prepaid on this 16th day of February, 2006 upon the following counsel of record:

David G. Culley, Esquire
Tybout, Redfearn & Pell
300 Delaware Ave
Suite 1100
Wilmington, DE 19801

                              **KNEPPER & STRATTON**

Dated: February 16, 2006                 _Barbara H. Stratton_
                                         BARBARA H. STRATTON, ESQ.
                                         1228 King Street
                                         P.O. Box 1795
                                         Wilmington, Delaware 19899
                                         (302) 652-7717
                                         DE I.D. #: 2785