IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI | ) | C.A. No.: 05-704 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| SMITH VOLKSWAGEN, LTD. | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS DIRECTED TO DEFENDANT

Pursuant to Federal Rule of Procedure 36, Plaintiff requests that Defendant admit or deny the following within 30 days. If objection is made, the reasons therefore shall be stated. The answer shall specifically deny the matter or set forth in detail the reasons why the Defendant cannot truthfully admit or deny the matter.

1. In 2003 Pat Smith directed Philip Mallet-Prevost to fire Ken Johnson.

ANSWER:

1

2. Tom Smith overturned the decision to terminate Ken Johnson in 2003.

ANSWER:

3. Ken Johnson was counseled in 2003 about his customer service performance and that his job was on the line.

ANSWER:

4. A written notice of performance counsel was given to Ken Johnson by Philip Mallet-Prevost in 2003.

ANSWER:

5. Jane Czarnecki was never written up for any service deficiencies.

ANSWER:

Dated: February 17th, 2006

**KNEPPER & STRATTON**

*Barbara H. Stratton*
BARBARA H. STRATTON, ESQ.
1228 King Street
P.O. Box 1795
Wilmington, Delaware 19899
(302) 652-7717
DE I.D. #: 2785-7717

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI | ) | C.A. No.: 05-704 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SMITH VOLKSWAGEN, LTD. | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Barbara H. Stratton, Esquire, do hereby certify that a true and correct copy of the attached Plaintiff's Second Request for Admissions Directed to Defendant was served via Electronic Filing and U.S. Mail, Postage Prepaid on this ___ day of February, 2006 upon the following counsel of record:

David G. Culley, Esquire
Tybout, Redfearn & Pell
300 Delaware Ave
Suite 1100
Wilmington, DE 19801

KNEPPER & STRATTON

Dated: February ___, 2006

BARBARA H. STRATTON, ESQ.
1228 King Street
P.O. Box 1795
Wilmington, Delaware 19899
(302) 652-7717
DE I.D. #: 2785