IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI | ) | C.A. No.: 05-704 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| SMITH VOLKSWAGEN, LTD. | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS**

Plaintiff requests that Defendant produce for examination and copying at the office of Knepper & Stratton, 1228 King Street, Wilmington, Delaware, on or before thirty (30) days from the date of receipt of this request, the documents designated below:

28. Produce all documents identified in Defendant's Response to Plaintiff's Second Request for Admissions to Defendant.

**RESPONSE**:

29. Provide a copy of the written notice of performance counsel given to Ken Johnson by Philip Mallet-Prevost in 2003.

**RESPONSE**:

1

30. Produce all documents relating to Pat Smith's directive in 2003 to fire Ken Johnson.

**RESPONSE**:

31. Produce all documents relating to Tom Smith's decision not to terminate Ken Johnson in 2003.

**RESPONSE**:

**KNEPPER & STRATTON**

Dated: February __, 2006

BARBARA H. STRATTON, ESQ.
1228 King Street
P.O. Box 1795
Wilmington, Delaware 19899
(302) 652-7717
DE I.D. #: 2785

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI | ) | C.A. No.: 05-704 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| SMITH VOLKSWAGEN, LTD. | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, Esquire, do hereby certify that a true and correct copy of Plaintiff's Third Request for Production of Documents was served via Electronic Filing and U.S. Mail, Postage Prepaid on this ___ day of February, 2006 upon the following counsel of record:

David G. Culley, Esquire
Tybout, Redfearn & Pell
300 Delaware Ave
Suite 1100
Wilmington, DE 19801

KNEPPER & STRATTON

Dated: February ___, 2006

BARBARA H. STRATTON, ESQ.
1228 King Street
P.O. Box 1795
Wilmington, Delaware 19899
(302) 652-7717
DE I.D. #: 2785