IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE CZARNECKI, : | |
| : | C.A. NO.: 05-704 |
| Plaintiff, : | |
| : | DEMAND FOR JURY TRIAL |
| v. : | |
| : | |
| SMITH VOLKSWAGEN, LTD., : | |
| A Delaware Corporation, : | |
| : | |
| Defendant. : | |

## NOTICE OF ORAL DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Jane Czarnecki at Tybout, Redfearn & Pell, 750 S. Madison Street, 4th Floor, Wilmington, Delaware on **Monday, April 3, 2006 at 10:00 a.m.**

TYBOUT, REDFEARN & PELL

/s/ *David G. Culley*
_____
**DAVID G. CULLEY, ESQUIRE**
**TIMOTHY S. MARTIN, ESQUIRE**
Delaware Bar I.D. 2141
300 Delaware Avenue
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address: dculley@trplaw.com
Attorneys for Defendant

DATED:   February 20, 2006

cc:   Corbett & Wilcox (by regular mail)
      Michelle Peterson (by hand)