# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JANE CZARNECKI,                              :
                                             :        C.A. NO.:      05-704
                          Plaintiff,         :
                                             :        DEMAND FOR JURY TRIAL
          v.                                 :
                                             :
SMITH VOLKSWAGEN, LTD. a                     :
Delaware corporation,                        :
                                             :
                          Defendant.         :

## NOTICE OF SERVICE

I, DAVID G. CULLEY, hereby certify that on February 20, 2006, I electronically

filed the attached Notice of Deposition with the Clerk of the Court using CM/ECF which

will send notification of such filing to the following:

Barbara H. Stratton, Esquire
Knepper & Stratton
1228 King Street
P. O. Box 1795
Wilmington, DE 19899

                              **TYBOUT, REDFEARN & PELL**


                              **/S/ DAVID G. CULLEY**

                              **DAVID G. CULLEY, ESQUIRE - I.D.  No. 2141**
                              300 Delaware Avenue
                              P. O. Box 2092
                              Wilmington, DE 19899
                              (302) 658-6901
                              E-mail address: dculley@trplaw.com
                              *Attorneys for Defendant*

DATED:      February 20, 2006