IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI, | : | |
| | : | C.A. NO.: 05-704 |
| Plaintiff, | : | |
| | : | DEMAND FOR JURY TRIAL |
| v. | : | |
| | : | |
| SMITH VOLKSWAGEN, LTD., | : | |
| A Delaware Corporation, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ORAL DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Phillip Mallet-Prevost at Tybout, Redfearn & Pell, 750 S. Madison Street, 4th Floor, Wilmington, Delaware on **Monday, April 3, 2006 at 1:00 p.m.**

        TYBOUT, REDFEARN & PELL

        /s/ *David G. Culley*
        _____
        **DAVID G. CULLEY, ESQUIRE**
        **TIMOTHY S. MARTIN, ESQUIRE**
        Delaware Bar I.D. 2141
        300 Delaware Avenue
        P.O. Box 2092
        Wilmington, DE 19899
        (302) 658-6901
        E-mail Address: dculley@trplaw.com
        Attorneys for Defendant

DATED:    February 20, 2006

cc:    Corbett & Wilcox (by regular mail)
       Michelle Peterson (by hand)