IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI, | : | |
| | : | C.A. NO.:   05-704 |
| Plaintiff, | : | |
| | : | DEMAND FOR JURY TRIAL |
| v. | : | |
| | : | |
| SMITH VOLKSWAGEN, LTD. a Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, DAVID G. CULLEY, hereby certify that on February 23, 2006, I electronically filed the attached Notice of Oral Deposition with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Barbara H. Stratton, Esquire
Knepper & Stratton
1228 King Street
P. O. Box 1795
Wilmington, DE 19899

                TYBOUT, REDFEARN & PELL

                /S/ DAVID G. CULLEY

                **DAVID G. CULLEY, ESQUIRE - I.D.  No. 2141**
                300 Delaware Avenue
                P. O. Box 2092
                Wilmington, DE 19899
                (302) 658-6901
                E-mail address: dculley@trplaw.com
                *Attorneys for Defendant*

DATED:  February 23, 2006