IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI | ) | C.A. No.: 05-704 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SMITH VOLKSWAGEN, LTD. | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

To: David G. Culley, Esquire
Tybout, Redfearn & Pell
300 Delaware Ave
Suite 1100
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned Attorney will take the oral deposition of the following individuals on **May 4, 2006** at the law offices of Knepper & Stratton, 1228 King Street, Wilmington, Delaware 19899.

Pat Smith          1:00 p.m.

Ken Johnson        Immediately following Pat Smith.

**KNEPPER & STRATTON**

BARBARA H. STRATTON
DE I.D. # 2785
1228 King Street
P.O. Box 1795
Wilmington, Delaware 19899
(302) 652-7717
ATTORNEY FOR PLAINTIFF

DATE: February 24, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI | ) | C.A. No.: 05-704 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| SMITH VOLKSWAGEN, LTD. | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, **BARBARA H. STRATTON, ESQUIRE**, Attorney for Plaintiff hereby certify that on February 24, 2006 a copy of a **NOTICE OF DEPOSITION** was served via Electronic Filing upon the following Counsel of record:

David G. Culley, Esquire
Tybout, Redfearn & Pell
300 Delaware Ave
Suite 1100
Wilmington, DE 19801

KNEPPER & STRATTON

BARBARA H. STRATTON, ESQUIRE
DE I.D. #: 2785
1228 King Street
P.O. Box 1795
Wilmington, Delaware 19899
(302) 652-7717
ATTORNEY FOR PLAINTIFF