IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI, | : | |
| | : | C.A. NO.:   05-704 |
| Plaintiff, | : | |
| | : | DEMAND FOR JURY TRIAL |
| v. | : | |
| | : | |
| SMITH VOLKSWAGEN, LTD. a Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF DEPOSITIONS DUCES TECUM*

TO:  Barbara H. Stratton, Esquire
 Knepper & Stratton
 1228 North King Street
 P. O. Box 1795
 Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned will take the deposition* of the Records Custodian of the below listed entities at the offices of Tybout, Redfearn & Pell, 750 S. Madison Street, 4th Floor, Wilmington, Delaware on **March 30, 2006 at 1:00 p.m.**

**CONLEY & WARD'S, L.L.C.**

**BACK BURNER, INC.**

**CAFÉ MEZZANOTTE**

**PENMARK AUTO GROUP, II, INC.**

**J. C. PENNEY CORPORATION, INC.**

**WALLEY AND BETH INCORPORATED**

**MERCEDES BENZ OF WILMINGTON**

**PRUDENTIAL, FOX & ROACH**

                                        **TYBOUT, REDFEARN & PELL**

/s/ *David G. Culley*

_____
**DAVID G. CULLEY, ESQUIRE**
**TIMOTHY S. MARTIN, ESQUIRE**
Delaware Bar I.D. 2141
300 Delaware Avenue
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address: dculley@trplaw.com
Attorneys for Defendant

DATED:     March 3, 2006

\*  DUCES TECUM:     **All deponents are to produce a copy of their employment records on employee JANE CZARNECKI, (DOB: 05/30/62) (SSN:      7468) including, but not limited to payroll records, applications for employment, contracts or similar records of employment, job descriptions or other terms &/or conditions of employment.**

**NOTE:  YOUR APPEARANCE IS WAIVED IF THE RECORDS ARE RECEIVED IN THIS OFFICE ON OR BEFORE THE DEPOSITION DATE.**