IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI, | : | |
| | : | C.A. NO.: 05-704 |
| Plaintiff, | : | |
| | : | DEMAND FOR JURY TRIAL |
| v. | : | |
| | : | |
| SMITH VOLKSWAGEN, LTD. a Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF DEPOSITIONS DUCES TECUM*

TO:   Barbara H. Stratton, Esquire
      Knepper & Stratton
      1228 North King Street
      P. O. Box 1795
      Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned will take the deposition* of the Records Custodian of the below listed entities at the offices of Tybout, Redfearn & Pell, 750 S. Madison Street, 4th Floor, Wilmington, Delaware on **March 30, 2006 at 1:00 p.m.**

**STATE OF DELAWARE DEPARTMENT OF LABOR  - DIVISION OF UNEMPLOYMENT INSURANCE**

　　　　　　　　　　　　　　　　　　　　**TYBOUT, REDFEARN & PELL**

　　　　　　　　　　　　　　　　　　　　/s/ *David G. Culley*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**DAVID G. CULLEY, ESQUIRE**
　　　　　　　　　　　　　　　　　　　　**TIMOTHY S. MARTIN, ESQUIRE**
　　　　　　　　　　　　　　　　　　　　Delaware Bar I.D. 2141
　　　　　　　　　　　　　　　　　　　　300 Delaware Avenue
　　　　　　　　　　　　　　　　　　　　P.O. Box 2092
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　(302) 658-6901
　　　　　　　　　　　　　　　　　　　　E-mail Address: dculley@trplaw.com
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

DATED:   March 3, 2006

\* DUCES TECUM:  **State of Delaware Department of Labor - Division of Unemployment Insurance is to produce a copy of all records concerning any unemployment claims made by JANE CZARNECKI, (DOB: 05/30/62) (SSN: ███-██-7468) including any applications, documents concerning compliance with job search efforts, correspondence, decisions, rulings, etc.**


**NOTE: YOUR APPEARANCE IS WAIVED IF THE RECORDS ARE RECEIVED IN THIS OFFICE ON OR BEFORE THE DEPOSITION DATE.**