IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI, | : | |
| | : | C.A. NO.: 05-704 |
| Plaintiff, | : | |
| | : | DEMAND FOR JURY TRIAL |
| v. | : | |
| | : | |
| SMITH VOLKSWAGEN, LTD., | : | |
| A Delaware Corporation, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

The undersigned counsel does hereby certify that on March 8, 2006 copies of the Notice of Service of Defendant's Responses to Plaintiff's Second Request for Production, Defendant's Responses to Plaintiff's Third Request for Production, Defendant's Responses to Plaintiff's Second Request for Admissions, and Defendant's Answers to Plaintiff's First Set of Interrogatories were electronically filed with the Court requesting electronic service upon:

Barbara H. Stratton, Esquire
1228 King Street
P.O. Box 1795
Wilmington, DE 19899

TYBOUT, REDFEARN & PELL

/s/ *David G. Culley*

---

**DAVID G. CULLEY, ESQUIRE**
Delaware Bar I.D. 2141
300 Delaware Avenue
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address: dculley@trplaw.com
Attorneys for Defendant