IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI | ) | C.A. No.: 05-704 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| SMITH VOLKSWAGEN, LTD. | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, Esquire, do hereby certify that a true and correct copy of Plaintiff's Amended Response to Defendant's Request For Production of Documents No. 5 was served via U.S. Mail on this 16th day of March, 2006 upon the following counsel of record:

David G. Culley, Esquire
Tybout, Redfearn & Pell
750 Madison Street
P.O. Box 2092
Wilmington, DE 19899

KNEPPER & STRATTON

Dated: March 16, 2006

Barbara H. Stratton, Esquire
1228 King Street
P.O. Box 1795
Wilmington, Delaware 19899
(302) 652-7717
Delaware Bar I.D. #: 2785
bhsbank@knepperstratton.com
Attorney for Plaintiff