IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI | ) | C.A. No.: 05-704 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SMITH VOLKSWAGEN, LTD. | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

## VACATION AND RE-NOTICE OF DEPOSITION

To: David G. Culley, Esquire
Tybout, Redfearn & Pell
750 S. Madison Street
P.O. Box 2092
Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned Attorney has **vacated** the oral depositions of Pat Smith and Ken Johnson for **May 4, 2006** beginning at 1:00 p.m. The oral depositions are being **re-noticed for May 16, 2006** beginning at 1:00 p.m. at the law offices of Knepper & Stratton, 1228 King Street, Wilmington, Delaware 19899.

                       **KNEPPER & STRATTON**

                       /s/ Barbara H. Stratton
                       BARBARA H. STRATTON
                       DE I.D. # 2785
                       1228 King Street
                       P.O. Box 1795
                       Wilmington, Delaware 19899
                       (302) 652-7717
DATE: March 16, 2006             ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI | ) | C.A. No.: 05-704 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| SMITH VOLKSWAGEN, LTD. | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, **BARBARA H. STRATTON, ESQUIRE**, Attorney for Plaintiff hereby certify that on March 16, 2006 a copy of a **VACATION AND RE-NOTICE OF DEPOSITION** was served via Electronic Filing and U.S. Mail upon the following Counsel of record:

David G. Culley, Esquire
Tybout, Redfearn & Pell
750 S. Madison Street
P.O. Box 2092
Wilmington, DE 19801

**KNEPPER & STRATTON**

*Barbara H. Stratton*
BARBARA H. STRATTON, ESQUIRE
DE I.D. #: 2785
1228 King Street
P.O. Box 1795
Wilmington, Delaware 19899
(302) 652-7717
ATTORNEY FOR PLAINTIFF