IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI, | : | |
| | : | C.A. NO.:   05-704 |
| Plaintiff, | : | |
| | : | DEMAND FOR JURY TRIAL |
| v. | : | |
| | : | |
| SMITH VOLKSWAGEN, LTD. a | : | |
| Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITIONS DUCES TECUM*

TO:   Barbara H. Stratton, Esquire
  Knepper & Stratton
  1228 North King Street
  P. O. Box 1795
  Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned will take the deposition* of the Records Custodian of the below listed entities at the offices of Tybout, Redfearn & Pell, 750 S. Madison Street, 4th Floor, Wilmington, Delaware on **April 28, 2006 at 1:00 p.m.**

AMERIHEALTH HMO, INC.

TYBOUT, REDFEARN & PELL

/s/ *David G. Culley*
_____
**DAVID G. CULLEY, ESQUIRE**
**TIMOTHY S. MARTIN, ESQUIRE**
Delaware Bar I.D. 2141
750 S. Madison Street, 4th Floor
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address: dculley@trplaw.com
Attorneys for Defendant

DATED:   March 28, 2006
cc:   AMERIHEALTH HMO, INC. (Pursuant to 45 C.F.R. §164.512)

*   DUCES TECUM:   **AMERIHEALTH HMO, INC. is to produce a copy of any claims made by or payments made on behalf of JANE**

**CZARNECKI, (DOB: 05/30/62) (SSN: ███-██-7468) UNDER Policy No. 19152746801 or 19152746800.**

**NOTE: YOUR APPEARANCE IS WAIVED IF THE RECORDS ARE RECEIVED IN THIS OFFICE ON OR BEFORE THE DEPOSITION DATE.**