IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE CZARNECKI, | : | |
| | : | C.A. NO.:   05-704 |
| Plaintiff, | : | |
| | : | DEMAND FOR JURY TRIAL |
| v. | : | |
| | : | |
| SMITH VOLKSWAGEN, LTD. a Delaware corporation, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITIONS DUCES TECUM*

TO:   Barbara H. Stratton, Esquire
Knepper & Stratton
1228 North King Street
P. O. Box 1795
Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned will take the deposition* of the Records Custodian of the below listed entities at the offices of Tybout, Redfearn & Pell, 750 S. Madison Street, 4th Floor, Wilmington, Delaware on **April 10, 2006 at 1:00 p.m.**

OMEGA REAL ESTATE SCHOOL

TYBOUT, REDFEARN & PELL

/s/ *David G. Culley*

_____
**DAVID G. CULLEY, ESQUIRE**
**TIMOTHY S. MARTIN, ESQUIRE**
Delaware Bar I.D. 2141
750 S. Madison Street, 4th Floor
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address: dculley@trplaw.com
Attorneys for Defendant

DATED:   March 28, 2006

*  DUCES TECUM:   **OMEGA REAL ESTATE SCHOOL to produce a copy of all records on their student JANE CZARNECKI, (DOB: 05/30/62) (SSN: ▒▒▒▒7468).**

**NOTE: YOUR APPEARANCE IS WAIVED IF THE RECORDS ARE RECEIVED IN THIS OFFICE ON OR BEFORE THE DEPOSITION DATE.**