## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JANE CZARNECKI,                      :
                                     :      C.A. NO.:     05-704
                    Plaintiff,       :
                                     :      DEMAND FOR JURY TRIAL
        v.                           :
                                     :
SMITH VOLKSWAGEN, LTD. a             :
Delaware corporation,                :
                                     :
                    Defendant.       :

## NOTICE TO VACATE SUBPOENA

TO:    BACK BURNER, INC.
       425 HOCKESSIN CORNER
       HOCKESSIN DE 19707

**PLEASE TAKE NOTICE** that the undersigned counsel hereby vacates the

outstanding Subpoena Duces Tecum served upon Back Burner, Inc.

                    **TYBOUT, REDFEARN & PELL**

                    /s/ *David G. Culley*
                    _____
                    **DAVID G. CULLEY, ESQUIRE**
                    **TIMOTHY S. MARTIN, ESQUIRE**
                    Delaware Bar I.D. 2141
                    300 Delaware Avenue
                    P.O. Box 2092
                    Wilmington, DE 19899
                    (302) 658-6901
                    E-mail Address: dculley@trplaw.com
                    *Attorneys for Defendant*