**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JANE CZARNECKI, | : | |
| | : | C.A. NO.:   05-704 |
| Plaintiff, | : | |
| | : | DEMAND FOR JURY TRIAL |
| v. | : | |
| | : | |
| SMITH VOLKSWAGEN, LTD. a Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

**NOTICE TO VACATE SUBPOENA**

TO:   JAY MOOREHEAD
       AMERIHEALTH HMO, INC.
       919 N. MARKET STREET, SUITE 1200
       WILMINGTON DE 19801

**PLEASE TAKE NOTICE** that the undersigned counsel hereby vacates the outstanding Subpoena Duces Tecum served upon Back Burner, Inc.

**TYBOUT, REDFEARN & PELL**

/s/ *David G. Culley*
_____
**DAVID G. CULLEY, ESQUIRE**
**TIMOTHY S. MARTIN, ESQUIRE**
Delaware Bar I.D. 2141
300 Delaware Avenue
P.O. Box 2092
Wilmington, DE 19899
(302) 658-6901
E-mail Address: dculley@trplaw.com
*Attorneys for Defendant*