LAW OFFICES

# TYBOUT, REDFEARN & PELL

*B. WILSON REDFEARN*
*RICHARD W. PELL*
*DAVID G. CULLEY*
*SHERRY RUGGIERO FALLON*
*FRANCIS X.D. NARDO*
*JOHN J. KLUSMAN*
*DANIELLE K. YEARICK*
*DENNIS J. MENTON*

750 S. MADISON STREET
P.O. BOX 2092
WILMINGTON, DELAWARE  19899-2092
(302) 658-6901

TELECOPIER
658-4018

*SUSAN A. LIST*
*ROBERT M. GREENBERG*
*TIMOTHY S. MARTIN*

*Of Counsel:*
*F. ALTON TYBOUT*

April 13, 2006

The Honorable Gregory M. Sleet
U.S. District Court
844 North King Street
Lockbox 19
Wilmington, DE 19801

> **RE:    CZARNECKI V. SMITH VOLKSWAGEN, LTD.**
> **C. A. NO. 05-704**

Dear Judge Sleet:

I am pleased to advise the Court that the parties have settled all claims pending in the above-captioned case.  The Court may remove the case from its trial calendar on February 5, 2007.

I anticipate that a fully executed Stipulation of Dismissal will be filed in the Court in the near future once the settlement as been consummated.

Respectfully,

DAVID G. CULLEY

DGC:njj

cc:    Barbara H. Stratton, Esquire
       Garry Imes, File No.: 9160002039