## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE CZARNECKI, | : |
|             Plaintiff, | : |
| v. | : Civil Action No. 05-704-GMS |
| SMITH VOLKSWAGEN, LTD., a Delaware corporation, | : |
|            Defendant. | : |

## **ORDER**

At Wilmington this **24th** day of **April, 2006**,

IT IS ORDERED that the mediation conference scheduled for Friday, October 13, 2006 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE