IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JANE CZARNECKI,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　C.A. NO.: 05-704 GMS
　　　　　　　　　Plaintiff,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　DEMAND FOR JURY TRIAL
　　v.　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
SMITH VOLKSWAGEN, LTD.,　　　　　　　　:
A Delaware Corporation,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendant.　　　　　　　　　:

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action, through the undersigned counsel and subject to approval by the Court, that all claims are hereby dismissed with prejudice.

**KNEPPER & STRATTON**　　　　　　　　　　**TYBOUT, REDFEARN & PELL**

_/s/ Barbara H. Stratton_　　　　　　　　　　　_/s/ David G. Culley_
**BARBARA H. STRATTON, ESQUIRE**　　　**DAVID G. CULLEY, ESQUIRE**
1228 King Street　　　　　　　　　　　　　　　750 S. Madison Street
P.O. Box 1795　　　　　　　　　　　　　　　　P.O. Box 2092
Wilmington, DE 19899　　　　　　　　　　　　Wilmington, DE 19899